■ MARIA CARMELA LUCCIOLA, Respondent, v CITY OF NEW YORK et al., Defendants, and E&M CAFÉ, INC., Doing Business as ENZO'S CAFÉ, Appellant. [826 NYS2d 893]—Appeal from order, Supreme Court, Bronx County (Lucy Billings, J.), entered on or about December 20, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.